# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157516(110)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CLINTON WILLIE BROOKS,
     Defendant-Appellant.

SC: 157516
COA: 333279
Macomb CC: 2015-003263-FC

_____/

     By order of Chief Justice, the motion of defendant-appellant to file a pro per supplemental application for leave to appeal is GRANTED. The supplemental application submitted on April 9, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2018



Clerk